IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30552
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BOBBIE L. BORDELON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 01-CR-295-ALL
--------------------
December 11, 2002

Before JOLLY, DAVIS, and JONES, Circuit Judges.

PER CURIAM:*

Bobbie L. Bordelon pleaded guilty to an indictment charging him with being a felon in possession of a firearm and making false statements in application for a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Bordelon has appealed his sentence.

Bordelon argues that his sentence was imposed in error because the plain language of the application notes for U.S.S.G.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 5G1.3 merely suggest that a sentence imposed on a defendant on parole for an unrelated offense at the time of the instant sentencing should be served consecutive to any time resulting from a revoked parole term.  This court, however, has ruled that the application notes to that sentencing guideline do in fact require that the sentence be served consecutively.  United States v. Alexander, 100 F.3d 24, 27 (5th Cir. 1996); United States v. Reyes-Lugo, 238 F.3d 305, 309-10 (5th Cir. 2001).  Accordingly, the sentence is affirmed.

AFFIRMED.